ALVINA STAHLBERG, Respondent, *v.* THE PROTECTED HOME CIRCLE, Appellant.

*Stahlberg* v. *Protected Home Circle*, 178 App. Div. 948, affirmed.

(Argued May 26, 1919; decided July 15, 1919.)

APPEAL from a judgment, entered May 25, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and directed judgment in favor of plaintiff upon said verdict. The action was to recover upon a certificate of benefit insurance. The defendant conceded that the insured died as a result of being run over by a freight train. It contended, however, that he committed suicide and that in such case the plaintiff would only be entitled to recover the amount of payments made with interest.

*Adelbert Moot, A. W. Williams, Welles V. Moot* and *William G. Martin* for appellant.

*William Stearns* and *Carlton B. Livermore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.